■ ETHEL FLETCHER, Respondent, v. MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION, Appellant.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Erie Trial Term for plaintiff in an action under

an accident insurance policy.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ WALTER F. ROBERTS, Appellant, v. JOHN W. SCHRIEBER, Respondent. — Judgment unanimously affirmed, with costs. (Appeal from judgment of Monroe Trial Term against plaintiff on defendant's counterclaim, in an automobile negligence action.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.